IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-00109-WDM-MJW

FLOYD PALMER,

    Plaintiff,

v.

CITY OF WHEAT RIDGE, COLORADO, et al.,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the defendants' motion to strike two documents filed by the named plaintiff in this matter. This case was dismissed with prejudice on April 25, 2003. The plaintiff's pleadings, more than three years later, are not permitted pleadings pursuant to the Federal Rules of Civil Procedure, and defendants' motion should be granted.

    Accordingly, it is ordered that the matters filed by the plaintiff on October 16 and November 20, 2006, are stricken.

    DATED at Denver, Colorado, on December 14, 2006.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL